**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                          CASE NO: 8:10-cr-100-T-30MAP

VICTOR MANUEL BASLLESTERO
LINARES

_____

**ORDER**

THIS CAUSE comes before the Court on Defendant's Motion for Reconsideration and Motion for Leave (Doc. 423). Defendant asks the Court to reconsider the denial of his request for an Amendment 782 sentence reduction and for leave to file an amended motion requesting relief under Amendments 782 and 794. Defendant was represented by the Federal Defender's Office to determine his eligibility for an Amendment 782 reduction, and the Federal Defender filed a notice that it had no good faith argument that Defendant was eligible. (Doc. 422). As such, it appears Defendant's requests are futile because he is not entitled to relief under Amendment 782, and there is no pending motion that can be amended. That said, the Court will give Defendant twenty days to file a motion seeking relief under Amendments 782 and 794. Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. Defendant's Motion for Reconsideration and Motion for Leave (Doc. 423) is DENIED.

2. Defendant may file a motion seeking relief under Amendments 782 and 794 within twenty (20) days of the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of July, 2017.

                                        */s/ James S. Moody, Jr.*
                                        JAMES S. MOODY, JR.
                                        UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record